MELINDA HAAG (CSBN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Acting Chief, Criminal Division

ARVON J. PERTEET (CSBN 242828)
Special Assistant United States Attorney

450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102
Telephone: (415) 436-6598
Facsimile: (415) 436-7234
email: arvon.perteet@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CV 10-3188 MEJ |
| | ) | |
| Plaintiff, | ) | REQUEST TO VACATE CASE |
| | ) | MANAGEMENT CONFERENCE |
| v. | ) | |
| | ) | |
| 1. One (1) Taurus PT92 .9mm semi-auto handgun (Serial No. TIJ98476); and | ) | |
| | ) | |
| 2. One (1) Berreta .32 caliber semi-auto handgun (Serial No. DAA409146), | ) | |
| | ) | |
| Defendant(s). | ) | |

IT IS HEREBY REQUESTED by Plaintiff, United States of America  that the Case Management Conference scheduled in this matter on October 28, 2010 be vacated.  The Plaintiff recently filed a Request for the Clerk's Entry of Default (Docket #10).  Upon entry of the clerk's default, plaintiff will move for a default judgment.  Therefore, Plaintiff respectfully  requests that the Case Management Conference scheduled for October 28, 2010 be vacated.


Dated:  October 21, 2010          MELINDA HAAG
                                  United States Attorney


                                  _____
                                          /S/
                                  ARVON J. PERTEET
                                  Special Assistant United States Attorney