MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ARVON J. PERTEET (CSBN 242828)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, CA 94102
    Telephone: 415.436.6598
    Facsimile: 415.436.7234
    Email: arvon.perteet@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>     v.<br><br>1. One (1) Taurus PT92 .9mm semi-auto handgun (Serial No. TIJ98476); and<br><br>2. One (1) Berreta .32 caliber semi-auto handgun (Serial No. DAA409146),<br><br>                  Defendant(s). | No. CV 10-3188 SBA<br><br>**FINAL JUDGMENT AND DECREE OF FORFEITURE** |

**UPON CONSIDERATION** of the unopposed motion of the United States for a default judgment and the entire record, and based on the findings that (1) the United States provided proper notice by serving parties known to have an interest and by publication as required by Rule 6-1, Local Admiralty Rules, (2) the time for filing a claim and answer has expired and (3) no one has appeared to defend by filing a timely claim and answer,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that a default judgment be, and hereby is, entered for the United States against (1) One (1) Taurus PT92 .9mm semi-auto handgun (Serial No. TIJ98476) and (2) One (1) Berreta .32 caliber semi-auto handgun (Serial No. DAA409146) and it is;

1   FURTHER ORDERED that the above-captioned and listed defendant be, and hereby is,
2 condemned and forfeited to the United States, pursuant to 21 U.S.C. § 881(a)(11), and that all
3 right, title and interest in said property be and hereby is vested in the United States of America;
4 and it is;
5   FURTHER ORDERED that the United States Marshals Service shall, in accordance with
6 law, dispose of the forfeited defendant;
7   FURTHER ORDERED that the Case Management Conference currently scheduled for
8 February 10, 2011, is hereby taken of calendar.
9   FURTHER ORDERED that the Clerk shall close the file and terminate all pending
10 matters.

Dated:  January 13, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

Default Judgement
No. CV 10-3188 SBA